EXHIBIT AND WITNESS LIST

AO 187 (Rev. 4/82)

| | | | | | |
|---|---|---|---|---|---|
| AARON Daniel | | | vs. United States of America | | DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER |
|---|---|---|
| Myles Malman<br>Jonathan Rosenthal | Elisa Delgado Fernandez | 98-6172-CV-Zloch |
| | | TRIAL DATE(S)<br>3/3/99 |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| TED E. BANDSTRA | Jerry Meyers | PATTY W. FITZPATRICK |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | ✓ | | Pleading w/ 2255 |
| 1 | 7 | 3/2/x | ✓ | ✓ | Partial Sentencing Transcript of Karcine Badden |
| | | | | | Bruce Zimit Sworn + testified |
| | x | | | | Michael Asano Sworn + testified |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,       )   CASE NO.   93-6015-CR-Marcus
                                )              93-204-CR-Marcus
            Plaintiff,          )
                                )
vs.                             )
                                )
LAWRENCE RODDEN,                )
                                )
            Defendant.          )
_____  )

                                    Miami, Florida
                                    March 25, 1994
                                    10:25 a.m.

                    TRANSCRIPT OF SENTENCE
            BEFORE THE HONORABLE STANLEY MARCUS

APPEARANCES:

PLAINTIFF:               MARTIN B. GOLDBERG, ESQ.
                         EDUARDO PALMER, ESQ.
                         Assistant United States Attorneys
                         99 N.E. 4th Street
                         Miami, Florida  33132

DEFENDANT:               JANE MOSCOWITZ, ESQ.
                         AMANDA BERN, ESQ.
                         One Southeast Third Avenue
                         Suite 1230
                         Miami, Florida  33131

REPORTER:                ROBERT A. RYCKOFF
                         301 North Miami Avenue
                         Fifth Floor
                         Miami, Florida  33128
                         305-374-7153

DEFENDANT'S
EXHIBIT
98-6172-
CASE NO. CV-ZACH
EXHIBIT NO. 1

ROBERT RYCKOFF, OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

again with each term of supervised release to run concurrent with the other.

I am satisfied that some restitution should be required in this case. I say that not because I have any expectation, Mr. Bodden, that you can begin to repay the total loss in this case, but I believe that some effort at restitution should be required and that you are in a position to make at least some restitution.

The restitution amount has been determined to be -- and it hasn't really been disputed here -- approximately $94,190,000. I am going to require the defendant to make some restitution in that amount, except that no further payment shall be required after the sum of the amounts actually paid by all of the defendants has fully covered all of the financial loss sustained by the victims. It's unlikely that that will happen, but I will require restitution in this case.

I have considered carefully the argument, Ms. Moscowitz, that you have made, and reviewed carefully the assets and liabilities as reported in the P.S.I. I think it's appropriate to require restitution.

Finally, it is ordered and adjudged that the defendant is assessed $100, that aggregate sum being composed of two $50 special assessments for each of the two counts as to which the defendant entered a plea of guilty.